In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-512 CR


____________________



RAYMOND FONTENOT, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court 


Jefferson County, Texas


Trial Cause No. 93625






MEMORANDUM OPINION


 We have before the Court a request from the appellant, Raymond Fontenot, to
withdraw his appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by
appellant personally and joined by counsel of record. No opinion has issued in this appeal. 
The motion is granted, and the appeal is therefore dismissed. 

 APPEAL DISMISSED. 

 __________________________________

 CHARLES KREGER

 Justice

Opinion Delivered March 12, 2008

Do not publish

Before McKeithen, C.J., Kreger and Horton, JJ.